# IN THE UNITED STATES BANKRUPTCY COURT

## District of Puerto Rico

IN RE:

**RAMON L BARRETO GINORIO**
**aka RAMON BARRETO, aka RAMON L**
**BARRETO, aka RAMON LUIS BARRETO**
**GINORIO**

**xxx–xx–4006**

Debtor(s)

Case No. **18–06036 BKT**

Chapter **13**

FILED & ENTERED ON 9/11/19

### *ORDER GRANTING UNOPPOSED MOTION*

This case is before the Court on the following motion: Motion requesting modification of stay to pursue loss mitigation alternatives or refinance filed by the debtor, docket #45.

The motion having been duly notified, no replies or objections having been filed timely, the Court having reviewed the same and good cause appearing thereof, the motion is hereby granted.

In San Juan, Puerto Rico, this Wednesday, September 11, 2019 .

Brian K. Tester
United States Bankruptcy Judge