IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| IN RE: | CASE NO. 18-06036-BKT13 |
| RAMON L BARRETO GINORIO | Chapter 13 |
| xx-xx-4006 | |
| Debtor(s) | FILED & ENTERED ON OCT/18/2019 |

NOTICE RESCHEDULING HEARING ON CONFIRMATION

The hearing on confirmation scheduled for November 22, 2019 at 2:30 PM will now be held on November 15, 2019 at 2:30 PM, at the United States Bankruptcy Court, Jose V. Toledo Federal Building and U.S. Courthouse, 300 Recinto Sur, Courtroom No. 1, Second Floor, San Juan, Puerto Rico.

Deadline to Object to Confirmation of the Plan: Objections must be filed not later than seven (7) days prior the hearing on confirmation as per P.R. LBR 3015-3.

In San Juan, Puerto Rico, this 18 day of October, 2019.

MARIA DE LOS ANGELES GONAZALEZ, ESQ.
Clerk of Court
By: Carmen Figueroa
Case Manager