IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| IN RE | |
|---|---|
| RAMON L. BARRETO GINORIO<br>SSN #4006 | BANKRUPTCY 18-06036 BKT |
| Debtor | CHAPTER 12 |

DEBTOR RESPONSE TO REPORT ON CONFIRMATION at doc #69

TO THE HONORABLE COURT:

COMES NOW, the debtor, through his appointed counsel, and respectfully responds to doc #69 and states as follows:

1. On **October 16, 2018** the above captioned debtors filed a petition under the dispositions of Chapter 12 of the Bankruptcy Code and on **September 9, 2019** the case was converted to Chapter 13.

2. There is a hearing on confirmation of the Plan scheduled for **November 11, 2019** and the §341 Meeting of Creditors has been continued to **November 20, 2019 AFTER** the hearing on confirmation.

3. Trustee observes that he has not been able to value the property of the estate without an appraisal or comparable. We uploaded 3 appraisals during the Chapter 12 but today we have once again sent these via email to the §341 division since these are too large for the upload via 13network.

4. Debtor's income during 6 months preceding the chapter 13 is already in hands of the §341 division from the uploads while under Chapter 12.

5. We have verified with §341 division and tax returns, vehicle licenses (3) and Asume Certification, as well as a certification from debtor's Accountant as to income are already in the hands of the §341 division.

WHEREFORE, debtor respectfully prays that the Court take note of the completion of all documentation required under BAPCPA have been transmitted to the Trustee.

NOTICE

Within fourteen (14) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (I) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.

**Confirmation Hearing scheduled for November 11, 2019 at 2:00 p.m.** Judge Brian K. Tester's Courtroom.

I HEREBY CERTIFY, that on this same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF Filing System which will send a notification, upon information and belief, of such filing to the Chapter 12 Trustee and to all subscribed users and who have to this date filed a timely claim.

**JOSE F CARDONA JIMENEZ** for FRANKLIN CREDIT MANAGEMENT CORP., as servicing agent for Deutsche Bank National Trust Company, as Certificate Trustee on Behalf of Bosco Credit II Trust Series 2017-1 jf@cardonalaw.com

**JOSE RAMON CARRION MORALES** for Trustee newecfmail@ch13-pr.com

**EDWARD W HILL** for Puerto Rico Milk Industry Regulatory Office (ORIL) ehill@hillgonzalezlaw.com, erobles@hillgonzalezlaw.com

**MONSITA LECAROZ ARRIBAS** ustpregion21.hr.ecf@usdoj.gov

**BPPR** PO Box 366818 San Juan 00936-6818

**IRS** Beatriz Alfaro, City View Plaza II, SR #165, Ste 2000, Guaynabo 00968-8000

**IRS** PO BOX 7346, Philadelphia, PA 19101-7346

**Carmen Priscila Figueroa,** PO Box 195387, San Juan 00919-5387

**María T. Gorbea,** Bankruptcy Supervisor PREPA, PO Box 364267, San Juan 00936

**Sandra Rodriguez Gonzalez,** Bankruptcy Supervisor**,** E.L.A. Department of Treasury PO Box 9024140, San Juan 00902-4140.

In Caguas, Puerto Rico, this 25th day of October 2019.

*Respectfully Submitted*

s/ *L.A. Morales*
USDC PR #120011
LYSSETTE MORALES VIDAL

L. A. MORALES & ASSOCIATES P.S.C.
URB VILLA BLANCA
76 AQUAMARINA
CAGUAS, PUERTO RICO 00725-1908
TEL 787-746-2434 FAX 855-298-2515
Email lamoraleslawoffice@gmail.com &
irma.lamorales@gmail.com

*On behalf of Debtor*